No. 92–8452.  FERENC v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–8462.  WARD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 92–8466.  THOMPSON v. CEISEL.  C. A. 8th Cir.  Certiorari denied.

No. 92–8475.  BARTON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–8477.  PERTSONI v. YLST, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 92–8478.  LAND v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 92–8483.  JOHNSON v. LYNCH ET AL.  Ct. App. D. C.  Certiorari denied.

No. 92–8488.  HONKANEN v. DOYLE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8498.  DAVILLA v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 92–8500.  LAWSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 92–8501.  RODRIGUEZ ORTA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–8508.  TOMASEK v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 92–8512.  LLOYD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.